UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLY KALBFLEISCH, <br><br> Plaintiff, <br><br> v. <br><br> FMWCC, et al., <br><br> Defendants. | Case No.: 2:24-cv-02137-JAD-BNW <br><br> **ORDER** |

On November 14, 2024, pro se plaintiff Carly Kalbfleisch, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. ECF No. 1-1. But Kalbfleisch neither paid the $405 filing fee nor applied to proceed *in forma pauperis*, one of which is necessary to commence a civil action.

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until January 31, 2025**, to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a

1 completed financial certificate that is signed both by the inmate and the prison or jail official, and
2 (3) a copy of the inmate's trust fund account statement for the previous six-month period.

3   Plaintiff is cautioned that this action will be subject to dismissal without prejudice if she
4 fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the
5 case with the Court, under a new case number, when Plaintiff can file a complete application to
6 proceed *in forma pauperis* or pay the required filing fee.

7   The Clerk of the Court is directed to send plaintiff Carly Kalbfleisch the approved form
8 application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain
9 the complaint (ECF No. 1-1) but not file it currently.

   DATED: December 2, 2024

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

2