UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carly Kalbfleisch,<br><br>    Plaintiff<br><br>v.<br><br>FMWCC, et al.<br><br>    Defendants | Case No.: 2:24-cv-02137-JAD-BNW<br><br>**Order Confirming Voluntary Dismissal, Denying IFP Application, and Closing Case**<br><br>[ECF Nos. 4, 5] |

State prisoner Carly Kalbfleisch brings this civil-rights action to redress constitutional violations that she allegedly suffered during her incarceration. In response to the court's order setting a deadline for the plaintiff to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis*, Kalbfleisch filed a motion to voluntarily dismiss this action without prejudice.[1] Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]"[2]

IT IS THEREFORE ORDERED that:

- The motion for voluntary dismissal (ECF No. 5) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and **this action is DISMISSED without prejudice**;

- The application to proceed *in forma pauperis* **(ECF No. 4) is DENIED as incomplete and moot**; and

- The Clerk of the Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 2, 2025

---

[1] ECF No. 5.

[2] Fed. R. Civ. P. 41(a)(1)(A)(i).